UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BETTY GODFREY, | ) | No. CV 07-00336 SS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of the Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

　　IT IS ADJUDGED that this action is dismissed with prejudice for Plaintiff's failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

DATED: January 29, 2010.

　　　　　　　　　　　　　　　　　　　　　　　/S/
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　SUZANNE H. SEGAL
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE